# IN THE SUPREME COURT OF THE STATE OF NEVADA

TANYA PATTERSON-BAGGETT,
Appellant,

vs.

MECHELLE DENISE BROWN,
Respondent.

No. 78869

**FILED**

JUN 21 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment entered on March 12, 2019. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Review of the notice of appeal and documents before this court reveals jurisdictional defects. The district court docket entries do not indicate that any decision was made by the district court in this matter or that any written order has been entered. Even if a written order has been entered, no appeal is permitted from a district court order resolving an appeal from a justice court order. *See* Nev. Const. art 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) (the district courts have final appellate jurisdiction over cases arising in justice court). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Rob Bare, District Judge
Tanya Patterson-Baggett
Mechelle Denise Brown
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A